IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

REBECCA MCMAHON,

     Plaintiff,

     v.

KOMRO SALES AND SERVICE, INC,

     Defendant.

Case No.: 21-cv-544

---

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

---

PLEASE TAKE NOTICE that the Plaintiff, Rebecca McMahon, through her undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses her claims against Defendant with prejudice, in the above captioned lawsuit.

Dated this 2nd day of December, 2021.

                                    HAWKS QUINDEL, S.C.
                                    *Attorneys for Plaintiff, Rebecca McMahon*

                                    By:   */s/Aaron N. Halstead*
                                    Aaron N. Halstead, State Bar No. 1001507
                                    Email: ahalstead@hq-law.com
                                    409 East Main Street
                                    Post Office Box 2155
                                    Madison, Wisconsin 53701-2155
                                    Telephone: (608) 257-0040
                                    Facsimile: (608) 256-0236